AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>NATHANIEL THOMAS HATCHER III<br><br>*Defendant(s)* | Case No. 3:24-mj- 1036-JBT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/22/2022- 1/2/2024__ in the county of __Duval__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the United States |
| 18 U.S.C. §§ 922(a)(6), 2 | Knowingly Making a Materially False Statement During the Purchase of a Firearm, and Aiding and Abetting |
| 18 U.S.C. §§ 924(a)(1)(A), 2 | Knowingly Making a False Statement During the Purchase of a Firearm, and Aiding and Abetting |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John O'Keefe, Special Agent, HSI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __02/02/2024__

_____
*Judge's signature*

City and state: __Jacksonville, Florida__   JOEL B. TOOMEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John O'Keefe, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I am currently assigned to the Office of the Assistant Special Agent in Charge (ASAC), Jacksonville, Florida. I have been a Special Agent with HSI since 2022. Prior to my employment with HSI, I was a Border Patrol Agent for approximately 14 years, with the United States Border Patrol (USBP). During my time with USBP, I was assigned as a Task Force Officer (TFO) to the HSI ASAC Jacksonville Office for approximately 2 years, the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for 1 year, and the United States Marshals Service (USMS) for 4 years. I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2516, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am cross-designated and have the authority to conduct Title 21 investigations and enforcement activities. I have been involved with investigations for Title 21 offenses and

am familiar with the Interagency Cooperation Agreement between the U.S. Drug Enforcement Administration (DEA) and ICE. I have been involved in a wide variety of investigative matters, including investigations targeting drug trafficking organizations (DTOs), and the individuals who provide firearms for these organizations.

2. In my capacity as a Special Agent and TFO, I have participated in numerous types of investigations, during which I have conducted or participated in physical surveillance, undercover transactions, executions of search and arrest warrants, controlled substances, historical investigations, extradition cases, immigration cases, firearms-related cases, and other complex investigations. I am familiar with and have used a variety of investigative methods, including management of confidential informants, visual surveillance, electronic surveillance, cellular analytics, informant interviews, interrogations, social media investigations, and undercover operations. I have training and experience related to the use of cellular communication devices with remote storage and the role those devices and stored data play in criminal investigations related to firearms and drug trafficking. I have become familiar with drug and firearms traffickers' methods of operation, including methods of distribution, storage, and transportation of firearms and controlled substances. I have also learned that drug dealers often

possess, use, or purchase firearms to protect the narcotics and themselves from potential threats to their operation.

3. The information contained in this affidavit is based upon my personal knowledge derived from my participation in this investigation, my review of reports on matters related to this investigation, the review of information and statements made to me by members of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the Jacksonville Sheriff's Office (JSO), the St. John's County Sheriff's Office (SJSO), and other federal and local law enforcement agencies.

4. I make this affidavit in support of an application for the issuance of a criminal complaint for Nathaniel Thomas HATCHER III, hereinafter "HATCHER," for conspiring to defraud the United States, in violation of 18 U.S.C. § 371, aiding and abetting another in knowingly making materially false statements during the purchase of a firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 2, and aiding and abetting another in knowingly making false statements during the purchase of a firearm, in violation of 18 U.S.C. §§ 924(a)(1)(A) and 2. This affidavit does not include all facts and evidence known to me, but rather contains facts and evidence sufficient to support the issuance of a criminal complaint.

## PROBABLE CAUSE

5. Since June 2023, I have been investigating potential drug trafficking violations by HATCHER and members of his DTO. In August 2023, in conjunction with ATF agents, I began investigating potential straw-purchasing and firearms trafficking offenses committed by HATCHER and Desmond Lee MAXWELL. Based on evidence obtained during our investigation, I believe there is probable cause to believe that beginning on or about November 22, 2022, and continuing through on or about January 2, 2024, in the Middle District of Florida, HATCHER and MAXWELL conspired to deceive Federal Firearms Licensees (FFLs) by providing both false and materially false statements on ATF Forms 4473 during the purchase of firearms.

6. In August 2023, I contacted ATF SA Mark Mutz after I identified potential firearm purchases by HATCHER after I received and reviewed subpoena returns for bank account statements from Navy Federal Credit Union (NFCU) for accounts associated with HATCHER. I observed that HATCHER maintained both his personal checking account and a business account for a limited liability company, hereinafter referred to as "Business 1," for which HATCHER was the only authorized signer. I searched the State of Florida Division of Corporations records and learned

Business 1 is a Florida-based limited liability company registered to HATCHER. I also observed multiple large cash transfers in and out of Business 1's account but did not observe any expenses that appeared to be consistent with legitimate business expenses or legitimate revenue activity. Based on my training and experience, I believe this account could be used to launder drug proceeds.

7. ATF Special Agent (SA) Mark Mutz and I reviewed the bank statements from both HATCHER's personal checking account and Business 1's account, which showed various large purchases at two different FFLs in Jacksonville, Florida. I observed three separate withdrawals from HATCHER's personal checking account on January 9, 2023, to an FFL in Jacksonville, Florida, hereinafter referred to as "FFL-1." The withdrawal amounts were $214.95, $360.10, and $1,621.49, respectively. I also observed another withdrawal from HATCHER's personal checking account on January 9, 2023, to another FFL in Jacksonville, Florida, hereinafter referred to as "FFL-2." The withdrawal amount was $1,689.99. When reviewing Business 1's bank statements, I observed two withdrawals on January 9, 2023, to FFL-1 for $13.96 and $327.67.

8. In addition to the withdrawals from HATCHER's accounts on January 9, 2023, I also observed four separate withdrawals from Business 1's

account on January 18, 2023, to FFL-1. The withdrawal amounts were $27.93, $77.36, $85.98, and $3,233.98, respectively.

9. Based on our review of the bank statements, ATF SA Mutz acquired the transaction records associated with these sales from both FFLs. SA Mutz informed me that a sales receipt from FFL-2 showed that MAXWELL not HATCHER completed a purchase for $1,689.99 on January 9, 2023. This was the same day $1,689.99 was charged to HATCHER's personal checking account. SA Mutz informed me MAXWELL purchased a Glock pistol, a Manta Machining rifle, a 50-round drum magazine, and a mounted laser during this transaction. According to the ATF Form 4473 from this transaction, MAXWELL purchased a Manta Machining JH 308-F2 .308 caliber rifle, bearing serial number 2MC134-196, and a Glock 22 GEN5 .40 caliber pistol, bearing serial number BSRC637. In response to question 21.a, which states in substance, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A) Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the license cannot transfer the firearm(s) to you," MAXWELL checked "yes" and signed the certification blocks in block 22 and dated in block 23. The ATF Form 4473 was completed, signed, and dated, by

MAXWELL on January 09, 2023. I have reviewed this ATF Form 4473 and the sales receipt.

10. During the investigation SA Mutz also acquired transaction records from FFL-1 that showed MAXWELL also purchased firearms from FFL-1 on January 9 and January 18, 2023, the same days large purchases were made at FFL-2 using HATCHER's personal account and his Business 1 account. According to the ATF Form 4473, on January 9, 2023, MAXWELL purchased a Century Arms Micro Draco 7.62x39mm pistol, bearing serial number 22PMD-35700, from FFL-1. In response to question 21.a, which states in substance, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A) Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the license cannot transfer the firearm(s) to you," MAXWELL checked "yes" and signed the certification blocks in block 22 and dated in block 23. The ATF Form 4473 was completed, signed, and dated, by MAXWELL on January 9, 2023. I have reviewed this ATF Form 4473.

11. I also reviewed an ATF Form 4473 from FFL-1, dated January 18, 2023, which showed MAXWELL purchased two Century Arms Micro Draco 7.62x39mm pistols, one bearing serial number 22PMD-37909 and

another bearing serial number 22PMD-37506. In response to question 21.a, which states in substance, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A) Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the license cannot transfer the firearm(s) to you," MAXWELL checked "yes" and signed the certification blocks in block 22 and dated in block 23. The ATF Form 4473 was completed, signed, and dated, by MAXWELL on January 18, 2023. An ATF Multiple Sales Form was also completed by the FFL and assigned a reference number of M20230042600, as required by law.

    12.    SA Mutz also informed me that during these firearms transactions, MAXWELL provided his state-issued identification and a Concealed Weapon Permit, issued by the State of Florida. SA Mutz advised me he queried MAXWELL's identifiers through the National Crime Information Center (NCIC) and learned MAXWELL had a valid concealed weapons permit (W3242832), issued by the State of Florida. The permit was set to expire on February 24, 2029. SA Mutz also queried MAXWELL through NCIC, which revealed that MAXWELL has no felony convictions. Based on my training and experience, I know that purchasing firearms from

FFLs for individuals other than the original purchaser is commonly referred to as "straw-purchasing." Additionally, I know criminals, especially members of drug organizations, commonly seek out straw purchasers to buy firearms legally on their behalf so the firearms can later be used for criminal purposes. I also know that criminals will sometimes utilize "straw purchasers" to veil, or create a fictitious defense to, possession of a firearm if the firearm is recovered in a law enforcement interaction. Having a straw purchaser provides another layer of separation between the firearm and the person who uses it for criminal purposes, which assists criminals in evading detection by law enforcement. Further, based on my training and experience, sophisticated criminal organizations seek out straw purchasers who can readily purchase firearms without drawing law enforcement's attention, including individuals without any criminal history or those with concealed carry permits.

13. I secured subpoena returns for MAXWELL's personal checking and savings accounts from NFCU, which showed only one transaction at FFL-1 or FFL-2 between December 25, 2022, and January 24, 2023. The single transaction was posted to MAXWELL's account on December 13, 2022, with a transaction date of December 12, 2022, at FFL-1 for a total amount of $56.99.

14. On August 26, 2023, Customs and Border Protection (CBP) officers informed me that MAXWELL had returned from a Carnival cruise to the United States at the Jacksonville, Florida port of entry. CBP officers had seized MAXWELL's phone and conducted a border search to extract the data from his phone at the port of entry. CBP officers informed me that MAXWELL's phone included photographs and references to bulk cash, marijuana, and firearms.

15. I have since reviewed the contents of MAXWELL's phone and observed the following conversation between MAXWELL and HATCHER[1] from November 22, 2022:

- HATCHER: Aite you say you'll buy a pole out the store for me?
- MAXWELL: Yes sir
- HATCHER: How much you think a Draco is
- MAXWELL: I gotta clean record Cuh we ain't gotta buy shit out the street Cuh lol 😂 damn gotta teach my son shit lol but prolly like 8 maybe close to a band but Nigga you need a hand gun
- HATCHER: I need a Draco jt dem got mines dirty
- HATCHER: You got gun license?
- MAXWELL: Yeah I got my license and stop letting people get yo poles Cuh

---

[1] The conversation is between MAXWELL and phone number (859) 625-2556. According to subpoena returns I acquired from AT&T, this number was registered to HATCHER.

- MAXWELL: Man yeah Cuh I'm certified to have as many sticks as I want I keep telling you keep ya shit with me bruh I ain't going fuck you over...I don't smoke weed and I know the laws like the back of my hand so I know what I can and can't do like I understand you mess with Niggas but you in a game where it gotta be more than just that you need niggas who is smart and going do shit the right way

16. I also observed the following conversation between MAXWELL and HATCHER from November 27, 2022:

- HATCHER: I Need 2 Dracos

- MAXWELL: Ight you know where to get em at ?

- HATCHER: Gun store on blanding

17. I also observed the following conversation between MAXWELL and HATCHER[2] from January 14, 2023:

- HATCHER: I'm almost to Jax

- MAXWELL: Ight you might as well stop by my crib to grab ya poles and you off probation?

- HATCHER: Not yet Monday

- HATCHER: 4021 green st.

- HATCHER: Bring poles there at 10:15

- HATCHER: I got too many drugs on me

- MAXWELL: Ight

---

[2] The conversation is between MAXWELL and an email address identified as "Nathaniel_hatcher1@icloud.com."

18. I also observed the following conversation between MAXWELL and HATCHER[3] from January 30, 2023:

- HATCHER: Drop my guns off there before work cuh

- HATCHER: I bought the whole 3 apts at that bnb

- HATCHER: (sent a screenshot of an Airbnb rental location at 2737 College Street, Jacksonville, Florida. The listed rental dates were January 29, 2023, to February 1, 2023.)

19. Based on my training and experience, I know "draco" is a commonly used name for a Century Arms Draco AK-style pistol, which were the make and model of three of the five firearms MAXWELL purchased between January 9, and January 18, 2023. Additionally, I know a "dirty gun" commonly refers to a firearm that has been used in the commission of a crime. Further, I know from the records I reviewed that FFL-1 is located at 4630 Blanding Boulevard, Jacksonville, Florida, and that FFL-2 is located at 6677 Blanding Boulevard, Jacksonville, Florida. I believe this discussion between MAXWELL and HATCHER pertains to the Century Arms Draco pistols purchased by MAXWELL from FFL-1 on January 9 and January 18, 2023.

---

[3] The conversation is between MAXWELL and an email address identified as "fourtiremotors@gmail.com." I searched the State of Florida Division of Corporations' records and observed Four Tire Motor Sales, LLC, is a Florida-registered limited liability company registered to HATCHER.

Further, I believe reference to MAXWELL's firearm license indicates a potential straw-purchase relationship.

20. While reviewing the contents of MAXWELL's cellular phone, I also observed the following text message conversation between MAXWELL and HATCHER, from April 5, 2023:

- HATCHER: Wya cuh
- MAXWELL: Work
- HATCHER: Ok time you off need 2 Draco's around there for Jt ass
- MAXWELL: Ight say dat
- HATCHER: They over there naked rn
- MAXWELL: Ight Cuh well he prolly need to go get the block from Quay or the Smitty from Sheed
- HATCHER: Yep.

21. Based on my training, experience, and knowledge of this investigation, I believe HATCHER was ordering MAXWELL to transport firearms to "Jt," who was "naked," or unarmed. Additionally, I believe "block" to be a reference to a Glock firearm and "Smitty" to be a reference to a Smith and Wesson firearm. Later in our investigation I learned that "Jt" is a nickname for HATCHER's younger brother and a co-conspirator in HATCHER's DTO.

22. I also observed the following messages from HATCHER to MAXWELL on April 8, 2023:

- HATCHER: Yooo you got the 2 Draco's?
- HATCHER: Check that 308 suitcase
- HATCHER: For the Draco

23. I also observed the following messages between HATCHER and MAXWELL between April 13 and April 14, 2023:

- HATCHER: And you need to report those guns stolen
- MAXWELL: Ight
- MAXWELL: You ain't leave duley no pole
- HATCHER: No why
- MAXWELL: He said he need Ah pole
- MAXWELL: You brought to Glocks witcha?
- HATCHER: Go to quay spot
- HATCHER: 4423 Saint John's ave
- MAXWELL: Ight when I get off I'll go grab lil bruh something
- HATCHER: Ima pay ya $250 grab it from quay
- MAXWELL: Ight
- MAXWELL: Ima grab Ah pole from ha too fah duley
- HATCHER: Ok

- MAXWELL: Ight which one you want me to grab for em?
- HATCHER: Glock 22 mines

24. Based on my training, experience, and knowledge of the investigation, I believe HATCHER is referencing Century Arms Micro Draco pistols, when he says "Draco," and referencing a .308 caliber rifle, when he says "308 suitcase." I believe HATCHER and MAXWELL are referencing Glock handguns, when they say "Glocks" and "Glock 22." Additionally, I know "pole" is a commonly used phrase when referring to a firearm. I also know, after reviewing purchase receipts, ATF Form 4473's, and bank statements from the NFCU account for HATCHER[4], that a Glock, Model 22 pistol and a Manta Machining, model JH 308-F2 .308 Caliber rifle, were purchased by MAXWELL from FFL-2 on January 9, 2023, utilizing HATCHER's personal account. Therefore, I believe this conversation further illustrates the agreement between HATCHER and MAXWELL for MAXWELL to be a steady supply of firearms for HATCHER and HATCHER's associates, who are using these firearms for criminal purposes.

25. On January 2, 2024, ATF SA Mutz informed me he received a National Instant Criminal Background Check System (NICS) alert for an attempted firearms purchase by MAXWELL at an FFL located at 276

---

[4] This information is more closely described in Paragraph 9 of this affidavit.

Blanding Boulevard, Orange Park, Florida, hereinafter referred to as "FFL-3." On January 3, 2024, SA Mutz advised he contacted the Florida Department of Law Enforcement (FDLE) NICS Unit for records related to the purchase by MAXWELL. SA Mutz advised that the documents showed MAXWELL's purchase had been denied and recorded on the ATF Form 4473 using denial number 29107397N. I have since reviewed these documents.

26.  Later, on January 3, 2024, SA Mutz received information from St. Johns Sheriff's Office (SJSO) investigators that at approximately 1:03pm, a License Plate Reader (LPR) captured a white Audi SUV bearing Kentucky plate D2M206 travelling north on Blanding Boulevard near the intersection of Edison Drive, in Orange Park, Florida. The location of the observation by the LPR is approximately .2 miles north of FFL-3. I have previously reviewed motor vehicle registration information from Kentucky for this plate and know it is registered to HATCHER.

27.  On January 5, 2024, SA Mutz and I secured and reviewed the ATF Form 4473 from the attempted purchase of firearms by MAXWELL. Specifically, MAXWELL attempted to purchase two Century Arms Micro-Draco, 7.62x39 caliber pistols, bearing serial numbers 23PMD-45210 and 23PMD-44175, respectively. MAXWELL also attempted to purchase a FNH

PS90, 5.7x28 caliber rifle, bearing serial number FN050101. The ATF Form 4473 was completed, signed, and dated, by MAXWELL on January 2, 2024.

28. On January 5, 2024, I reviewed surveillance footage from inside FFL-3, which captured the attempted purchase from inside FFL-3. The video shows MAXWELL walking into the FFL at approximately 12:03 p.m., followed by HATCHER. In the video, MAXWELL walks to the edge of the sales counter while HATCHER interacts with a salesperson at the counter.

29. On January 10, 2024, SA Mutz and I met with detectives from the Jacksonville Sheriff's Office (JSO) Gang Unit, who informed us that HATCHER posted a video to his Instagram account, on December 19, 2023. According to the JSO detectives, the video shows HATCHER inside what appears to be a gun store that strongly resembled an FFL located at 5085 University Boulevard West, Jacksonville, Florida, hereinafter referred to as "FFL-4." SA Mutz contacted a representative of FFL-4 to obtain surveillance video from the store while HATCHER was inside. The representative stated that the video no longer existed due to the data being overwritten, but that they remembered HATCHER being present in the store on that date. The representative informed me that HATCHER attempted to purchase firearms but was denied after completing the ATF Form 4473.

30. I reviewed the ATF Form 4473 completed by HATCHER and learned that HATCHER attempted to purchase two Century Arms Micro-Draco 7.62x39 caliber pistols bearing serial numbers 23PMD-46578 and 23PMD-46584, respectively. HATCHER completed and signed the ATF Form 4473 on December 19, 2023, and received a denial on the same day.

31. According to the ATF Form 4473 that MAXWELL executed at FFL-3 on January 2, 2024, in response to question 21.a, which states in substance, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A) Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the license cannot transfer the firearm(s) to you," MAXWELL checked "yes." According to the forms, HATCHER's attempted purchase of two Century Arms Micro Draco pistols at FFL-4 occurred 17 days before MAXWELL's attempted purchase of two Century Arms Micro Draco pistols at FFL-3, for which HATCHER was physically present. Based on my training, experience, and knowledge of this investigation, I believe HATCHER attempted to purchase two Century Arms Micro Draco pistols from FFL-4 on December 19, 2023, but was denied. When HATCHER was unsuccessful, I believe HATCHER recruited MAXWELL to attempt to purchase the same firearms but from a different

FFL, FFL-3. Therefore, I believe MAXWELL knowingly provided a materially false statement on the ATF Form 4473 on January 2, 2024, when he attested to being the sole transferee/buyer.

## CONCLUSION

32. Based on the facts and observations contained in this Affidavit, I believe probable cause exists that MAXWELL and HATCHER conspired to defraud the United States, and that HATCHER aided and abetted MAXWELL, when MAXWELL knowingly made both false and materially false statements during the purchases of firearms at FFL-1 and FFL-2 on January 9, 2023, at FFL-1 on January 18, 2023, and at FFL-3 on January 2, 2024. Therefore, I respectfully request the issuance of a criminal complaint charging HATCHER for violations of 18 U.S.C. §§ 371, 922(a)(6), 924(a)(1)(A), and 2.

Respectfully submitted,

John O'Keefe
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me telephonically, on February 2, 2024, at Jacksonville, Florida.

JOEL B. TOOMEY
UNITED STATES MAGISTRATE JUDGE