# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                     CASE NO. 3:24-cr-25-HES-MCR

NATHANIEL THOMAS HATCHER, III

Defense Atty.: RICHARD CHRISTIAN KOMANDO
AUSA: KIRWINN MIKE

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | September 24, 2025 10:46 AM – 11:22 AM 36 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | REPORTER | Digital |
| INTERPRETER | None | PRETRIAL | NONE PRESENT |

## CLERK'S MINUTES

**PROCEEDINGS:**  Plea Hearing - Guilty

The defendant was placed under oath.

The defendant entered a plea of guilty to Counts One, Two, Eight, and Nine of the Fourth Superseding Indictment.

Judge Richardson found that the defendant was alert, intelligent, and willingly entered a plea of guilty.

Mr. Komando and Mr. Mike agreed to waive the 14-day objection period to the Report and Recommendation.

The Order of Detention previously entered shall remain in effect.

Report and Recommendation to enter.

Sentencing to be set by Judge Schlesinger.

**FILED IN OPEN COURT:**
NOTICE re: Entry of a Plea of Guilty
PLEA AGREEMENT