**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                   CASE NO. 3:24-cr-25(S4)-HES-MCR

NATHANIEL THOMAS HATCHER, III

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 1.02, M. D. Fla. Rules, and has entered a plea of guilty to Counts One, Two, Eight, and Nine of the Fourth Superseding Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly. The parties agreed to waive the 14-day objection period to this Report and Recommendation.

      **DONE** and **ORDERED** in Jacksonville, Florida on this 24th day of September, 2025.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Probation Office
United States Pretrial Services
United States Marshal Service